MINUTE ENTRY
DUVAL, J.
JUNE 17, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**AUNT SALLY'S PRALINE SHOP, INC.**  **CIVIL ACTION**

**VERSUS**  **NO. 06-7674**

**UNITED FIRE & CASUALTY COMPANY**  **SECTION "K"(5)**

Attending a telephonic status conference held this day were:

Michael Peytavin for plaintiff and

Robert McMahon and David McDonald for defendant.

This status conference was called to discuss Defendant's motion to bifurcate. Defendant seeks to bifurcate the issue of cancellation of the Plaintiff's policy from the issue of hurricane damage. The Court offered to the parties the option of having the Court decide the issue of cancellation. Defense counsel was amenable, but Plaintiff's counsel requested a jury verdict on this issue as well. The parties informed the Court that the issue of cancellation will require approximately a half-day of trial. The Court decided that this motion will be denied, and the Court will take all appropriate measures to prevent any confusion on the part of the jury.

Plaintiff's counsel also expressed concern over revision to the defense expert report. The valuation of one item was significantly lowered by approximately $50,000. The Court explained

that it would generally allow any revised report unless Plaintiff's counsel can set forth in very concise terms why Plaintiff would suffer substantial prejudice from the admission of the revised report.

Defense counsel also forewarned the Court of a possible problem regarding United Fire witnesses. Three witness are located in Cedar Rapids, Iowa at United Fire's headquarters, where severe flooding has taken place. No counsel has been able to contact these witnesses yet. There are also some issues regarding United Fire's servers being damaged by the same flooding. The Court advised that the parties are to continue attempting to contact the witnesses, and that the parties should keep the Court well apprised of the results. The parties should contact the Court immediately should a continuance be necessary. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Bifurcate (Rec. Doc. 48) is **DENIED.**

JS10(00:19)